IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RUBEN MORENO,<br>Petitioner,<br><br>vs.<br><br>CHARLES HARRISON, Warden,<br>Respondent. | C-04-2933 MMC (PR)<br><br>[PROPOSED]<br>ORDER GRANTING LEAVE TO FILE AN OPPOSITION MEM-ORANDUM IN EXCESS OF 25 PAGES |

GOOD CAUSE APPEARING:

Petitioner is granted leave pursuant to Civil L.R. 7.4(b) to file an Opposition Memorandum in excess of 25 pages, or approximately 45 pages in length.

IT IS SO ORDERED.

Dated: October 24, 2005

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge