IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEONARD RUBEN MORENO,** | C 04-2933 MMC (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **CHARLES HARRISON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING:

Respondent's Motion for an Order Nunc Pro Tunc Enlarging Time to File a Reply is GRANTED.

The Order to Show Cause filed September 29, 2004 is ORDERED AMENDED NUNC PRO TUNC to provide that Respondent shall have to and including July 10, 2006 in which to serve and file a reply to the opposition to the motion to dismiss.

Petitioner's Motion to Strike as Untimely Respondent's Reply to Opposition to Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: July 14, 2006

_____
MAXINE M. CHESNEY
United States District Judge

20053117.wpd

Order - C 04-2933 MMC (PR)

1