IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RUBEN MORENO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHARLES HARRISON, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C-04-2933 MMC<br><br>**ORDER DIRECTING PETITIONER TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On September 20, 2006, petitioner electronically filed a motion for a certificate of appealability.  Petitioner has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Petitioner is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  Petitioner is hereby advised that if he fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1 | Court may impose sanctions, including, but not limited to, striking from the record any
2 | electronically-filed document of which a chambers copy has not been timely provided to the
3 | Court.

4 | **IT IS SO ORDERED.**

5 | Dated: September 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge