IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RUBEN MORENO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHARLES HARRISON, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | No. C-04-2933 MMC<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR ISSUANCE OF A CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 41) |

　　　　On August 18, 2006, the Court dismissed Leonard Ruben Moreno's ("Moreno") petition for a writ of habeas corpus as untimely. On September 20, 2006, Moreno filed a request for issuance of a certificate of appealability, and on the following date, September 21, 2006, Moreno filed a notice of appeal.

　　　　An appeal may not be taken from a final order in a habeas proceeding "[u]nless a circuit justice or judge issues a certificate of appealability[.]" See 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2). Where, as here, "the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." See

Slack v. McDaniel, 529 U.S. 473, 484 (2000). A certificate of appealability must "indicate which specific issue or issues satisfy the showing required[.]" See 28 U.S.C. § 2253(c)(3).

Here, the Court previously issued an order to show cause, finding petitioner had raised five cognizable claims for relief. (See Order to Show Cause, filed September 29, 2004, at 2.) Petitioner thus meets the first part of the Slack test. See Slack v. McDaniel, 529 U.S. at 484. The Court further finds that reasonable jurists could "find it debatable," see id. at 484, whether Moreno's petition was untimely, in particular, whether Moreno is entitled to equitable tolling of the statute of limitations as a result of his counsel's decision, in reliance on then-existing Ninth Circuit law, to file an untimely state habeas petition for purposes of exhausting petitioner's claims.

Accordingly, the Court hereby GRANTS Moreno's request for a certificate of appealability with respect to the following issue: "Whether Moreno is entitled to equitable tolling of the statute of limitations."

This order terminates Docket No. 41.

**IT IS SO ORDERED.**

Dated: October 10, 2006

MAXINE M. CHESNEY
United States District Judge