IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RUBEN MORENO,<br>Petitioner,<br><br>vs.<br><br>CHARLES HARRISON, Warden,<br>Respondent. | C-04-2933 MMC (PR)<br><br>[PROPOSED]<br>ORDER GRANTING<br>PETITIONER'S RENEWED<br>MOTION FOR NUNC PRO TUNC<br>LEAVE TO PROCEED IN FORMA<br>PAUPERIS |

GOOD CAUSE APPEARING:

Petitioner's renewed motion for nunc pro tunc leave to proceed in forma pauperis is hereby granted, and petitioner, based on his indigency, is relieved of the obligation to pay the docketing fee for his appeal in the present case.

IT IS SO ORDERED.

Dated: October 17, 2006

*[signature]*
MAXINE M. CHESNEY
United States District Judge

- 6 -